THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN LIEBERMAN, Appellant.

Submitted January 12, 1937; decided January 26, 1937.

*Leo H. Klugherz, Harry Sokel* and *Richard Klugherz* for appellant.

*George V. Dorsey, District Attorney,* for respondent.

Judgment affirmed under section 542 of the Code of Criminal Procedure; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.

CHARLES J. HAAS, Respondent, *v.* HOME INDEMNITY COMPANY, Appellant.

Submitted January 18, 1937; decided January 26, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 283.)